IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DEBRA KUBIK,                       )
                                   )
              Plaintiff,           )         8:11CV45
                                   )
         v.                        )
                                   )
THE HARTFORD LIFE AND              )         ORDER
ACCIDENT INSURANCE COMPANY,        )
                                   )
              Defendant.           )
_____)
```

      This matter is before the Court on defendant's motion to restrict access to excerpts of the administrative record (Filing No. 18). The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED that defendant's motion is granted; access to excerpts of the administrative record is restricted.

      DATED this 8th day of July, 2011.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court