IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEBRIA KUBIK, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV45 |
| | ) | |
| v. | ) | |
| | ) | |
| THE HARTFORD LIFE AND | ) | ORDER |
| ACCIDENT INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 24).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that the stipulation for dismissal is approved and adopted.  This action is dismissed with prejudice, each party to pay their own costs.

DATED this 27th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court